# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Jalecia Mosley | ) |
| | ) |
| v. | )   Case No.: 3:21-cv-01699-L |
| Liberty Mutual Insurance Company | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___02/09/2023___ against ___Plaintiff, Jalecia Mosley___ ,
                                                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 5,966.01 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,066.38 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18.75 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| | |
| TOTAL   $ | 8,051.14 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:   ___s/ Courtney Barksdale Perez___

Name of Attorney:  ___Courtney Barksdale Perez___

For: ___Defendant, Liberty Mutual Insurance Company___         Date:  ___02/23/2023___
           *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

                                  By:  _____

___Clerk of Court___          ___Deputy Clerk___          ___Date___

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | Reset |
|---|---|---|

 **ESQUIRE** DEPOSITION SOLUTIONS

*Invoice* **INV2303551**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/27/2022 | **Client Number** | C01517 |
| **Terms** | Net 30 | **Esquire Office** | Dallas |
| **Due Date** | 10/27/2022 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | JHC202102 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Carter Arnett - Dallas
8150 North Central Expressway
Suite 500
Dallas TX 75206

**Services Provided For**
Carter Arnett - Dallas
Perez, Courtney Barksdale
8150 North Central Expressway
Suite 500
Dallas TX 75206

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/23/2022 | J8542217 | Dallas, TEXAS | JALECIA MOSLEY V. LIBERTY MUTUAL |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | Virginia L. Bennett | 104 | 3.45 | | $358.80 |
| 1 DAY - COPY OVER O&1 EXPEDITE | Virginia L. Bennett | | 183.3333% | | $657.80 |
| E-EXHIBITS B&W COPY | Virginia L. Bennett | 31 | 0.60 | | $18.60 |
| CONDENSED TRANSCRIPT | Virginia L. Bennett | 1 | 25.00 | | $25.00 |
| PROCESSING & COMPLIANCE | Virginia L. Bennett | 1 | 50.00 | | $50.00 |

| | |
|---|---|
| **Subtotal** | 1,110.20 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,110.20 |
| **Amount Due** | 1,110.20 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Carter Arnett - Dallas |
| **Client #** | C01517 |
| **Invoice #** | INV2303551 |
| **Invoice Date** | 9/27/2022 |
| **Due Date** | 10/27/2022 |
| **Amount Due** | **$1,110.20** |


# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice  INV2303445**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/27/2022 |
| **Terms** | Net 30 |
| **Due Date** | 10/27/2022 |

| | |
|---|---|
| **Client Number** | C01517 |
| **Esquire Office** | Dallas |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | JHC202102 |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Carter Arnett - Dallas
8150 North Central Expressway
Suite 500
Dallas TX 75206

**Services Provided For**
Carter Arnett - Dallas
Perez, Courtney Barksdale
8150 North Central Expressway
Suite 500
Dallas TX 75206

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/22/2022 | J8542214 | Dallas, TEXAS | JALECIA MOSLEY V. LIBERTY MUTUAL |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | Allyson E. Jay | 211 | 3.45 | | $727.95 |
| 3-DAY - COPY OVER O&1 EXPEDITE | Allyson E. Jay | | 133.3333% | | $970.60 |
| E-EXHIBITS B&W COPY | Allyson E. Jay | 60 | 0.60 | | $36.00 |
| CONDENSED TRANSCRIPT | Allyson E. Jay | 1 | 25.00 | | $25.00 |
| PROCESSING & COMPLIANCE | Allyson E. Jay | 1 | 50.00 | | $50.00 |
| E- EXHIBITS COLOR COPY | Allyson E. Jay | 56 | 0.60 | | $33.60 |

| | |
|---|---|
| **Subtotal** | 1,843.15 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,843.15 |
| **Amount Due** | 1,843.15 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Carter Arnett - Dallas |
| **Client #** | C01517 |
| **Invoice #** | INV2303445 |
| **Invoice Date** | 9/27/2022 |
| **Due Date** | 10/27/2022 |
| **Amount Due** | **$1,843.15** |



**Mainstay Legal**
325 N Saint Paul St.
Suite 1400
Dallas, TX  75201 US
(469) 425-9080
melanie.oge@mainstaylegal.com

**BILL TO**
Carter Arnett
8150 N Central Expy # 500
Dallas, TX  75206
United States

## INVOICE 22-09-092

**DATE** 09/19/2022    **TERMS** Net 30

**DUE DATE** 10/19/2022

| TAX ID: | C/M #: |
|---|---|
| 76-04838874 | LIBE1-03 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 9 | 0.10 | 0.90T |
| Color Prints | 2,544 | 0.75 | 1,908.00T |

We are pleased to continue to serve you from our Downtown location, but note that our remit to address has changed effective 2/3/2021.
Please remit all payments to:
Mainstay Legal
9090 Skillman Street
#182-A #371
Dallas, TX  75243

| | |
|---|---|
| SUBTOTAL | 1,908.90 |
| TAX (0.0825) | 157.48 |
| TOTAL | 2,066.38 |

| TOTAL DUE | $2,066.38 |
|---|---|

**Pohlman Reporting Company LLC**
10 S. Broadway
Suite 1400
St. Louis Missouri 63102
U.S.A

**PohlmanUSA**®

## INVOICE

**Bill To**

**Carter Arnett PLLC**

Courtney Barksdale Perez

8150 N. Central Expressway

Suite 500

Dallas, TX 75206

**Ship To**

Carter Arnett PLLC

Courtney Barksdale Perez

8150 N. Central Expressway

Suite 500

Dallas, TX 75206

| | |
|---|---|
| **Invoice#** | 978542 |
| **Invoice Date** | 10/03/2022 |
| **Terms** | Net 30 |
| **Job No** | 276565 |
| **Job Date** | 09/20/2022 |
| **Case Number** | 3:21-cv-01699-L |
| **Case Name** | Jalecia Mosley v. Liberty Mutual Insurance Company |
| **Witness Name** | JALECIA MOSLEY |

| Item | Quantity | Units | Amount |
|---|---|---|---|
| Original Transcript | 246.00 | Pages | 2,216.46 |
| Attendance of Reporter | 7.50 | | 387.50 |
| E-Delivery | 1.00 | | 45.00 |
| Exhibits (B&W) | 882.00 | Pages | 308.70 |
| Handling & Processing Original | 1.00 | | 55.00 |

Client(s): Liberty Mutual Insurance Company

EXPEDITED DELIVERY.

THANK YOU. WE APPRECIATE YOUR BUSINESS.

| | |
|---|---|
| Sub Total | 3,012.66 |
| **Total** | **$3,012.66** |
| **Balance Due** | **$3,012.66** |

---

From
**Carter Arnett PLLC - Dallas [14869]**
Linda Stahl

## Payment Stub

| Invoice# | : | 978542 |
|---|---|---|
| Invoice Date | : | 10/03/2022 |
| Balance Due | : | $3,012.66 |

| Amount Enclosed | |
|---|---|
| | |

**POHLMAN REPORTING COMPANY LLC**
10 S. BROADWAY
SUITE 1400
ST. LOUIS, MO 63102

Thursday, February 23, 2023 at 10:28:32 Central Standard Time

**Subject:** Payment Received on Invoice :: R009745-090921

**Date:** Tuesday, April 26, 2022 at 3:23:00 PM Central Daylight Time

**From:** TWC Open Records

**To:** mlitle@carterarnett.com

---

RE: PUBLIC RECORDS REQUEST of September 09, 2021, Reference # R009745-090921

Dear Monica Goff,

We have received your payment on invoice number INV22-R009745-1 of $

| Payment Date | Payment Method | Payment Amount |
|---|---|---|
| 4/26/2022 | Check | $18.75 |

for Request Number R009745-090921.

If you are paying an estimate, we will now begin working on gathering documents responsive to your request. Once we have gathered the documents, a final statement of the remaining balance owed will be sent to you. This amount may change from the estimate depending on how much time and labor is actually spent on your request. Full payment is required before we release the records to you.

If you are making your final payment, we will contact you once your request is fulfilled and the documents are available for you online at the Open Records Center.

If you have any questions, please contact us by responding to this email or leaving a message in the TWC Open Records Center portal. Thank you for your interest in the Agency.

Sincerely,

Elsa Guerrero
Assistant Disclosure Officer
OGC-Open Records

---

To monitor the progress or update this request please log into the Open Records Center

GovQA logo