IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JALECIA MOSLEY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:21-CV-1699-L** |
| § | |
| **LIBERTY MUTUAL INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| Defendant. § | |

# ORDER

On June 28, 2023, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 61) was entered, recommending that the court:

> grant in part and deny in part Defendant's Bill of Costs [Dkt. No. 55] and sustain in part and overrule in part Plaintiff's Objections to Defendant's Bill of Costs [Dkt. No. 56] and tax allowable and reasonable costs against Plaintiff Jalecia Mosley in the amount of $6,672.55, made up of $5,965.01 under 28 U.S.C. § 1920(2), $688.79 under 28 U.S.C. § 1920(3), and $18.75 under 28 U.S.C. § 1920(4).

Report 14.[*] No objections to the Report were filed, and the deadline to object expired on July 12, 2023.

Having considered Defendant's Bill of Costs, Plaintiff's objections, the file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, consistent with the magistrate judge's recommendation and Report, the court **grants in part and denies in part** Defendant's Bill of Costs (Doc. 55); **sustains in part and overrules in part** Plaintiff's Objections to Defendant's Bill of Costs (Doc. 56); and taxes allowable and reasonable costs against Plaintiff Jalecia Mosley in

---

[*] Defendant originally sought to recover costs totaling **$8,051.14**.

the total amount of **$6,672.55**, which amount consists of $5,965.01 under 28 U.S.C. § 1920(2), $688.79 under 28 U.S.C. § 1920(3), and $18.75 under 28 U.S.C. § 1920(4).

    **It is so ordered** this 14th day of July, 2023.

                                              Sam A. Lindsay
                                              United States District Judge